UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-30443 |
|---|---|
| MICHAEL JOHN LUCAS | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4040826**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 1,210 | WELLS FARGO BANK NA<br>OPTION ONE MORTGAGE CORPORATIO<br>6501 IRVINE CENTER DR DC-CASH<br>IRVINE, CA  92618 | 71.84 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/1/2010

Certificate of Service          07-30443

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MICHAEL JOHN LUCAS
5133 PENSACOLA BLVD
DAYTON, OH  45439

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

(1211.1n)
AMERICAN HOME MORTGAGE SERVICING INC
1525 S BELTLINE ROAD
COPPELL, TX  75019

(20.1n)
DYER GARAFOLO MANN & SCHULTZ
137 N MAIN ST STE 1000
BARCLAY BLDG
DAYTON, OH  45402

(19.1n)
JAMES E SWAIM SPEC COUNSEL TO ATTY GEN ATTN EMERSON KECK
318 W FOURTH STREET
DAYTON, OH  45402

(15.1n)
MICHAEL S ARNOVITZ
REIMER & LORBER CO LPA
BOX 968
TWINSBURG, OH  44087

(1212.1n)
MONTGOMERY COUNTY TREASURER
451 W THIRD STREET
DAYTON, OH  45422

(17.1n)
OHIO DEPT OF TAXATION
BANKRUPTCY DIVISION
BOX 530
COLUMBUS, OH  43216

(1213.1n)
OPTION ONE MORTGAGE CORP
3 ADA
BOX 57038
IRVINE, CA  92618

(21.1n)
OPTION ONE MTG CORP
1270 NORTHLAND DR
STE 200
MENDOTA HEIGHTS, MN  55120

(1210.4)
STEPHEN R FRANKS
BOX 968
2450 EDISON BLVD
TWINSBURG, OH  44087

(1210.1)
WELLS FARGO BANK NA
OPTION ONE MORTGAGE CORPORATIO
6501 IRVINE CENTER DR DC-CASH
IRVINE, CA  92618

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv